# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPHERIX INC., <br><br>        Plaintiff, <br>v. <br><br>CISCO SYSTEMS, INC., <br><br>        Defendant. | Civil Action No. 15-cv-00869-SLR |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Spherix Inc. ("Spherix") and Defendant Cisco Systems, Inc. ("Cisco") have resolved Plaintiff's claims for relief against Cisco asserted in this case;

NOW, THEREFORE, Spherix and Cisco, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Cisco with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

| | |
|---|---|
| December 3, 2015 | Respectfully submitted, |
| COZEN O'CONNOR | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Joseph J. Bellew* | */s/ Jack B. Blumenfeld* |
| Joseph J. Bellew (#4816) <br> 1201 North Market Street <br> Suite 1001 <br> Wilmington, DE 19801 <br> (302) 295-2025 <br> jbellew@cozen.com | Jack B. Blumenfeld (#1014) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com |
| *Attorneys for Plaintiff Spherix Inc.* | *Attorneys for Defendant Cisco Systems, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPHERIX INC., <br><br> Plaintiff, <br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 15-cv-00869-SLR |

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Plaintiff Spherix Inc. ("Spherix") and Defendant Cisco Systems, Inc. ("Cisco") announced to the Court that they have resolved Plaintiff's claims for relief against Cisco asserted in this case. Plaintiff Spherix and Defendant Cisco have therefore requested that the Court dismiss Plaintiff's claims for relief against Cisco with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that parties' request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Cisco are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

SO ORDERED this _____ day of December, 2015.

_____
United States District Court Judge